IN THE UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA TODD, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | 12 C 2557 |
| Plaintiff, | ) | |
| | ) | Judge Kendall |
| v. | ) | |
| | ) | |
| PRESIDIO INTERNATIONAL, INC. d/b/a | ) | |
| A\|X ARMANI EXCHANGE | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

NOW COMES Plaintiff Linda Todd, by and through counsel, Warner Law Firm, LLC, by Curtis C. Warner, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) voluntarily dismisses her's and the putative class' claims without prejudice.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner    cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 9005
Chicago, Illinois 60601
(312) 238-9820 (TEL)